# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

Criminal Case No. 09-PO-00134-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. JEFFERY JAMES LYMAN,**

Defendant.

---

**ORDER RE: MOTION TO MODIFY RESTRAINING ORDER PROVISION OF PROBATION PURSUANT TO 18 U.S.C. 3563(c) and CRIM. R. 32.1(c) [Doc. #39]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant has filed a Motion to Modify [Doc. #39] and;

**IT IS HEREBY ORDERED** that the Motion to Modify [Doc. #39] is set for hearing before the Magistrate Judge in Durango, Colorado on **July 13, 2010 at 3:00 p.m.**

**DATED: July 6, 2010.**

> BY THE COURT:
>
> s/David L. West
> **United States Magistrate Judge**