# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 09-PO-00134-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. JEFFREY JAMES LYMAN,**

Defendant.

## ORDER AMENDING ADDITIONAL CONDITIONS OF SUPERVISION

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

After a hearing on Defendant's Motion to Modify Restraining Order Provision of Probation Pursuant to 18 U.S.C. 3563(c) and Crim. R. 32.1(c) [Doc. #39];

**IT IS HEREBY ORDERED** that Additional Condition of Supervision No. 2 be removed from the Defendant's Conditions of Supervision. All other terms and conditions of the Defendant's probation shall remain in full force and effect.

**DATED: July 13, 2010.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**