**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 09-PO-00134-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JEFFREY JAMES LYMAN,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Probation Officer has requested that the above-named Defendant be set for a compliance review hearing regarding the terms and conditions of his probation, therefore;

**IT IS HEREBY ORDERED** that this matter is set for a compliance review hearing before the Magistrate Judge, United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado, on February 7, 2011 at 3:00 p.m.

Failure of the Defendant to appear on that date and time will result in a warrant being issued for his arrest.

**DATED: February 3, 2011.**

                                                **BY THE COURT:**

                                                **s/David L. West**
                                                **United States Magistrate Judge**