# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-po-00134-DW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFERY JAMES LYMAN,

    Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On August 30, 2011, the defendant appeared before the Court for a revocation hearing due to admitted violations of his probation conditions. During that hearing, the Court deferred revocation and ordered the defendant's term of supervision to continue until November 1, 2011, at which time his supervision would be terminated if he remained in compliance with his conditions of probation. The Court, having been informed by the probation officer that as of November 1, 2011, the defendant has been in compliance with his conditions of probation, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 7th day of November, 2011.

BY THE COURT:

_____
David L. West
United States Magistrate Judge